**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ENVIRONMENTAL WASTE SOLUTIONS, LLC<br>4521 TROUSDALE DRIVE<br>NASHVILLE, TN 37204<br><br>      DEBTOR. | CASE NO. 17-02675-MH3-7<br>CHAPTER 7<br>JUDGE Marian F. Harrison |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: <u>6/9/17</u>
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: <u>6/20/17</u>, 9:00 A.M.,
COURTROOM ONE, 701 BROADWAY, NASHVILLE, TN 37203**

### NOTICE OF MOTION OF TRUSTEE TO SELL PROPERTY BY ONLINE AUCTION

John C. McLemore, Trustee, has asked the court for the following:

Permission of the Court to sell property for the benefit of the bankruptcy estate in the above-styled matter.

**YOUR RIGHTS MAY BE AFFECTED**. If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before <u>6/9/17</u>, you or your attorney must:

1. File with the Court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.**

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 6/9/17, the date of the scheduled hearing is 6/20/17 and the motion to which you are responding is** *Motion of Trustee to Sell Property by Online Auction*.

3. You must serve your response or objection by electronic service through the Electronic Filing system described above. You must also mail a copy of your response or objection to:

   | | |
   |---|---|
   | John C. McLemore, Trustee<br>2000 Richard Jones Rd., Ste. 250<br>Nashville, TN 37215 | United States Trustee<br>701 Broadway, Customs House Suite 318<br>Nashville, TN 37203 |

   If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***. You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

   If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

   This 19th day of May, 2017.

                                                                      Respectfully submitted,

                                                                       */s/ John C. McLemore, Trustee*
                                                                       John C. McLemore, Trustee
                                                                       Tn. Bar No. 3430
                                                                       2000 Richard Jones Rd., Ste. 250
                                                                       Nashville, TN 37215
                                                                       (615) 383-9495 (phone)
                                                                       (615) 292-9848 (fax)
                                                                       **jmclemore@gmylaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ENVIRONMENTAL WASTE SOLUTIONS, LLC<br>4521 TROUSDALE DRIVE<br>NASHVILLE, TN 37204<br><br>   DEBTOR. | CASE NO. 17-02675-MH3-7<br>CHAPTER 7<br>JUDGE Marian F. Harrison |

## MOTION OF THE TRUSTEE TO SELL PROPERTY BY ONLINE AUCTION

  The Trustee, John C. McLemore, moves the Court for the entry of an order authorizing him to proceed with the sale at online Bankruptcy Auction of the following property of the estate at the time and in the manner indicated:

**Property Description:** Miscellaneous business assets including but not limited to the following:

  1984 Peterbilt Tractor VIN 1XP9DB9X8EP175701
  1993 Aluma Tech Dump Trailer VIN 1C9EB3926PL449660
  1994 Peterbilt Tractor VIN 1XP5DB9X0RN346862
  1994 Peterbilt Tractor VIN 1XP5DB9X7RN340489
  1994 Walker Tank Trailer VIN 1W9X43211RN001519
  1994 Chevrolet 1500 PU Truck VIN 2GCEC19K2R1202041
  1995 Dump Truck VIN 1FUWDCXA4SH789121
  2006 Ford Explorer VIN 1FMEU72E86UA15807
  Ford Water Truck

## THIS PROPERTY WILL BE SOLD ONLINE

**Date:** Bidding will open Wednesday, June 14, 2017. Bidding will close beginning at 10:00 a.m. CDST, Tuesday, June 27, 2017. If during the final five minutes of the sale, the high bid is upset, the closing time will be extended by five minutes to allow the upset bidder or any other bidder to counter. This process will continue until bidding stops.

**Location:** Because this sale will not be at public outcry but instead on the Internet, the sale site will be every bidder's personal computer. The auction company conducting the sale will be Alexander Auctions & Realty Estate Sales, 239 University St., P.O. Box 129, Martin, TN 38237-0129.

**Auction Sale Site**: www.alexanderauctions.com

**Viewing the Property:** Photographs of the property and directions to the property will be available at www.alexanderauctions.com. Anyone wanting to view the property with an auctioneer may make an appointment by calling 1-800-748-8567.

**Terms of Personal Property Sale:** This is a personal property sale. A 10% buyer's premium will be charged on each lot sold. Vendors who are buying merchandise for resale must furnish their state issued Certificate of Resale before sales tax will be waived.

  If the highest bidder for some reason does not close, the Trustee reserves the right to offer the property to the runner-up bidder at the runner-up bidder's highest bid.

  Unless an objection and application for hearing is filed with the United States Bankruptcy Clerk, First Floor Customs House, 701 Broadway, Nashville, Tennessee 37203; and a copy served on the United States Trustee's Office, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203; and upon the Trustee in

accordance with the Notice of Motion of the Trustee to Sell Property, the Trustee will proceed with the sale of the herein described property.

PROPERTY IS TO BE SOLD AS IS, WHERE IS, AND FREE AND CLEAR OF ANY LIENS. ANY VALID AND PROPER LIEN WILL ATTACH TO THE PROCEEDS OF THE SALE. TRUSTEE WILL CONVEY BY VALID BANKRUPTCY TRUSTEE'S DEED, OR APPROPRIATE INSTRUMENT, THE RIGHT, TITLE AND INTEREST THAT TRUSTEE HAS THE RIGHT TO CONVEY. TRUSTEE WILL PAY EXEMPTIONS AND LIENHOLDERS AS FOLLOWS:

1st Lienholder: None

Debtor(s) Statutory Exemption: None

This sale does not include Personal Identifiable Information (PII).

It is anticipated that there is sufficient equity in the property to pay all 506(c) expenses and that this sale will result in a distribution being made to unsecured creditors.

This sale is an "arm's length" transaction. The Trustee, his employees and Bankruptcy court officials are prohibited from bidding.

---

**AUCTIONEER'S COMMISSION**

Simultaneous with the publication of this notice, the Trustee has made application to the Court for the appointment of Alexander Auctions & Real Estate Sales, as auctioneer for this sale. The auctioneer will be paid in accordance with Local Rule 6005-1 which provides as follows:

(1) Ten percent (10%) of gross proceeds for real property and vehicles−including cars, trucks, trailers, all-terrain vehicles, boats, aircraft, farm machinery and implements, and earth moving equipment; or

(2) Twenty-five percent (25%) of the first $40,000 of gross proceeds for other personal property and fifteen percent (15%) thereafter.

No expenses will be reimbursed. Upon receipt of the auctioneer's report of sale, Alexander Auctions & Real Estate Sales' commission will be paid.

If the sale includes personal property, pursuant to Local Rule 6005-1(e), the auctioneer may charge a buyers' premium to offset credit card processing fees.

**Credit Card Notice**: Alexander Auctions & Real Estate Sales will accept payment by credit card in this auction. In addition to the commission provided for in Local Bankruptcy Rule 6005-1(b)(2), Alexander Auctions & Real Estate Sales will provide in its Report of Sale a total of the credit card fees charged Alexander Auctions & Real Estate Sales by the credit card companies and supporting documentation. Alexander Auctions & Real Estate Sales will seek reimbursement for the credit card fees from the proceeds of the sale or 2 ½% of the gross sale amount including buyer's premium whichever is less. Reimbursement of this expense is provided for at Local Bankruptcy Rule 6005-1 (e).

---

**WHEREFORE**, the Trustee prays that the Court enter an Order authorizing him to proceed with the sale of this property pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

The Trustee further prays that the 14 day stay of the sale of this property following the entry of this order as provided for in FRBP 6004(h) be waived.

Dated this 19th day of May, 2017.

                                            Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ENVIRONMENTAL WASTE SOLUTIONS, LLC<br>4521 TROUSDALE DRIVE<br>NASHVILLE, TN 37204<br><br>     DEBTOR. | CASE NO. 17-02675-MH3-7<br>CHAPTER 7<br>JUDGE Marian F. Harrison |

**ORDER TO SELL PROPERTY BY ONLINE AUCTION**

Upon consideration of the motion of John C. McLemore, Trustee, for authority sell the following property by online auction:

Miscellaneous business assets including but not limited to the following:

1984 Peterbilt Tractor VIN 1XP9DB9X8EP175701
1993 Aluma Tech Dump Trailer VIN 1C9EB3926PL449660
1994 Peterbilt Tractor VIN 1XP5DB9X0RN346862
1994 Peterbilt Tractor VIN 1XP5DB9X7RN340489
1994 Walker Tank Trailer VIN 1W9X43211RN001519
1994 Chevrolet 1500 PU Truck VIN 2GCEC19K2R1202041
1995 Dump Truck VIN 1FUWDCXA4SH789121
2006 Ford Explorer VIN 1FMEU72E86UA15807
Ford Water Truck

The Motion and Proposed Order were served on the Debtor(s), Debtor's counsel, all creditors and all parties requesting notice. Each was given twenty-one (21) days to object. No objections have been filed with the Court;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby

**ORDERED** that John C. McLemore, Trustee, is authorized to sell this property by online auction pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

It is further **ORDERED** that the 14 day stay of the sale of this property following the entry of this order set out in FRBP 6004(h) is hereby **WAIVED**.

It is further **ORDERED** the Trustee will file a report of sale as required by FRBP 6004(f).

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>ENVIRONMENTAL WASTE SOLUTIONS, LLC<br>4521 TROUSDALE DRIVE<br>NASHVILLE, TN 37204<br><br>     DEBTOR. | CASE NO. 17-02675-MH3-7<br>CHAPTER 7<br>JUDGE Marian F. Harrison |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed either electronically or by U.S. mail, postage prepaid, to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Environmental Waste Solutions, LLC, 4521 Trousdale Drive, Nashville, TN 37204; Debtor's attorney, Robert J. Mendes, 227 15th Avenue North, Nashville, TN 37203; all creditors, and all parties requesting notice, as reflected on the mailing matrix attached to the original of this pleading on file with the Clerk of this Court.

This 19th day of May, 2017.

                                               Respectfully submitted,

                                               */s/ John C. McLemore, Trustee*
                                               John C. McLemore, Trustee
                                               Tn. Bar No. 3430
                                               2000 Richard Jones Rd., Ste. 250
                                               Nashville, TN  37215
                                               (615) 383-9495 (phone)
                                               (615) 292-9848 (fax)
                                               **jmclemore@gmylaw.com**

**Attachments:**

    (1)    Notice of Motion of Trustee to Sell Property by Online Auction

    (2)    Motion of the Trustee to Sell Property by Online Auction

    (3)    Proposed Order to Sell Property by Online Auction

| | | |
|---|---|---|
| Alice Jean Fry<br>729 Overhead Bridge Rd.<br>Camden TN 38320-1878 | Allied Hose & Belting Co., Inc.<br>PO Box 128<br>Waverly TN 37185-0128 | American Express<br>PO Box 650448<br>Dallas TX 75265-0448 |
| Ameripride Linen & Apparel Services, Inc<br>PO Box 1280<br>Bemidji MN 56619-1280 | Andrew B. Frazier, Esq.<br>116 East Main Street<br>P.O. Box 208<br>Camden TN 38320-0208 | Benton County Electric<br>P.O. Box 429<br>Camden TN 38320-0429 |
| Benton County Trustee<br>1 Court Sq., Room 103<br>Camden TN 38320-2070 | Benton County Wholesale Plumbing & Elec.<br>2800 Highway 70 East<br>Camden TN 38320-6706 | Benton Farmers Cooperative<br>180 Old Nashville Hwy, PO Box 3003<br>La Vergne TN 37086-1983 |
| Best One Tire of Jackson<br>2690 Bells Hwy<br>Jackson TN 38305-8849 | Bridgefield Casualty Insurance Co. - FL<br>P.O. Box 32034<br>Lakeland FL 33802-2034 | Busby Tire & Alignment, LLC<br>PO Box 302, Hwy 70 East<br>Camden TN 38320-0302 |
| Camden Water and Wastewater Dept.<br>110 HWY. 641 S<br>PO Box 779<br>Camden TN 38320-0779 | Carl T. Haley<br>5205 Stillhouse Hollow Rd<br>Franklin TN 37064-9484 | City of Camden<br>110 Highway 641 S<br>Camden TN 38320-1635 |
| City of Dyersburg<br>PO Box 1358<br>Attn: Stacie Lee<br>Dyersburg TN 38025-1358 | Civil & Environmental Consultants, Inc.<br>PO Box 644246<br>Pittsburgh PA 15264-4246 | Clean Earth of Calvert City, Inc.<br>PO Box 95000-3755<br>Philadelphia PA 19195-0001 |
| Cooper Aerial Surveys Company Inc.<br>11402 N Cave Creek Road<br>Phoenix AZ 85020-1410 | Custom Tire & Recycling c/o Jerry Mays<br>Mullins Clemmons & Mayes, PLLC<br>320 Seven Springs Way, # 120<br>Brentwood TN 37027-4537 | David M. Anthony, Esq.<br>Bone McAllester Norton PLLC<br>511 Union Street, Suite 1600<br>Nashville TN 37219-1780 |
| E & W Electric Solutions, LLC<br>94 Ashli Lane<br>Paris TN 38242-8038 | Elemental Analysis, Inc.<br>2101 Capstone Drive Suite 110<br>Lexington KY 40511-8997 | Elizabeth Murphy, Esq.<br>1102 17th Ave South, Suite 401<br>Nashville TN 37212-2208 |
| Environmental Waste Solutions, LLC<br>4521 Trousdale Drive<br>Nashville, TN 37204-4513 | Ernest Gene Lowe<br>108 Old Mill Creek Rd.<br>Camden TN 38320 | EWS Trust<br>4521 Trousdale Dr.<br>Nashville TN 37204-4513 |
| Fast Pace Medical Clinic PLLC<br>PO Box 1258<br>Waynesboro TN 38485-1258 | Five Star Compliance of USA, LLC<br>1408 Hanson Drive<br>Franklin TN 37067-8666 | Five Star Venture Funding, L.P.<br>4521 Trousdale Drive<br>Nashville TN 37204-4513 |

| | | |
|---|---|---|
| Fuller Heating & Cooling<br>PO Box 54<br>Camden TN 38320-0054 | Gerald Boyle<br>1283 Murfreesboro Rd.<br>Nashville TN 37217-2432 | Gerald F. Boyle<br>8108 Victory Trail<br>Brentwood TN 37027-7300 |
| GunnCo Pump & Control, Inc.<br>PO Box 2789<br>Cumming GA 30028-6510 | Hach Company<br>2207 Collections Center Drive<br>Chicago IL 60693-0022 | Hinkle Trucking Company LLC<br>Dept 100, PO Box 830604<br>Birmingham AL 35283-0604 |
| Ideal Chemical & Supply Co.<br>PO BOX 18698<br>Memphis TN 38181-0698 | Inman and Son Trucking<br>PO Box 7<br>Holladay TN 38341-0007 | IPFS 282994<br>P.O. Box 905849<br>Charlotte NC 28290-5849 |
| IWT/Cargo-Guard<br>PO Box 454<br>Waretown NJ 08758-0454 | J & T Transportation, LLC<br>1122 Old Hwy 69 S<br>Camden TN 38320-6622 | J.A. King<br>PO Box 160<br>Whitsett NC 27377-0160 |
| Jacobs Construction LLC<br>6655 Jacobs Road<br>Murfreesboro TN 37127-8147 | James M. Sohr<br>4521 Trousdale Dr.<br>Nashville TN 37204-4513 | Jason Holleman, Esq.<br>West Nashville Law Group<br>4800 Charlotte Avenue<br>Nashville TN 37209-3412 |
| Jimmy L Kelly Inc.<br>9070 Hwy 641 So.<br>Holladay TN 38341-2610 | Joe andVirginia Whitworth<br>145 Sylvan Dr.<br>Camden TN 38320-2122 | Joe Sanders<br>TDEC, Tennessee Tower, 2nd Floor<br>312 Rosa L. Parks Avenue<br>Nashville TN 37243-1102 |
| Johnny and Cindy Wheatley<br>146 Timbercrest Cir<br>Camden TN 38320-2108 | Katherine Barnes<br>TDEC, Tennessee Tower, 2nd Floor<br>312 Rosa L. Parks Avenue<br>Nashville TN 37243-1102 | Kimmel & Associates, Inc.<br>25 Page Avenue<br>Asheville NC 28801-2707 |
| Lakeshore Equipment Sales and Leasing<br>2250 E. 15th Ave.<br>Gary IN 46402-3007 | Lanco Acquisition, LLC<br>665 10 Mile Road NW<br>Sparta MI 49345-9459 | Lane's Mobile John, Inc.<br>3133 Vanzora Road<br>Benton KY 42025-5768 |
| Lew and Mary Jo Dougherty<br>147 Timbercrest Cir<br>Camden TN 38320-2107 | Lowrie Electric Co Inc.<br>7520 Bartlett Corp CV E<br>Memphis TN 38133-3963 | M & M Gravel<br>1125 Sulphur Creek Road<br>Big Sandy TN 38221-4345 |
| Mark and Melissa Totty<br>144 Sylvan Dr.<br>Camden TN 38320-2106 | Mark Davis Trucking, Inc.<br>PO Box 31011<br>Clarksville TN 37040-0017 | Medical Center Laboratory<br>PO Box 3099<br>Jackson TN 38303-3099 |

| | | |
|---|---|---|
| Michael and Sheila Melton<br>107 Old Mill Creek<br>Camden TN 38320-1756 | MTS Pipeline Maintenance Inc.<br>PO Box 874<br>Parsons TN 38363-0874 | Northern Safety & Industrial Inc.<br>PO Box 4250<br>Utica NY 13504-4250 |
| O'Reilly Auto Parts<br>PO Box 9464<br>Springfield MO 65801-9464 | Onsite Environmental Inc.<br>PO Box 189<br>Whites Creek TN 37189-0189 | Palmer Tool, LLC<br>PO Box 1017<br>Camden TN 38320-1017 |
| Parman Energy Corporation<br>PO Box 197557<br>Nashville TN 37219-7557 | Pilot Travel Centers, LLC<br>P.O. Box 11407<br>Birmingham AL 35246-1314 | PowerPlan<br>P.O. Box 4450<br>Carol Stream IL 60197-4450 |
| Powers Transit, LLC<br>PO Box 51468<br>Bowling Green KY 42102-5768 | Product Recovery Management, Inc.<br>200 20th Street<br>Butner NC 27509-2443 | Proforma<br>PO Box 640814<br>Cincinnati OH 45264-0814 |
| Progressive Environmental Services, Inc.<br>PO Box 538498<br>Atlanta GA 30353-8498 | ROBERT J MENDES +<br>Waypoint Law, PLLC<br>227 15th Avenue North<br>NASHVILLE, TN 37203-3611 | ROBIN BICKET WHITE +<br>Waypoint Law PLLC<br>227 15th Avenue North<br>NASHVILLE, TN 37203-3611 |
| Ronald Sohr<br>4521 Trousdale Dr.<br>Nashville TN 37204-4513 | Roy and Judy Sharpe<br>c/o Elizabeth L. Murphy, Esq.<br>1102 17th Avenue South, Suite 401<br>Nashville TN 37212-2208 | Scott Equipment Company, LLC<br>4515 Pidgeon Roost Road<br>Memphis TN 38118-6924 |
| Scott Sohr<br>834 Tyne Valley Ct.<br>Nashville TN 37220-1533 | Scott Sohr<br>4521 Trousdale Dr.<br>Nashville TN 37204-4513 | Sims Funk PLC<br>3310 West End Ave<br>#410<br>Nashville TN 37203-6803 |
| St. John Security Systems LLC<br>1624 Hwy 77<br>Paris TN 38242-6746 | Steve and Suzanne Whitworth<br>140 Wyly Place<br>Camden TN 38320-2109 | STS Investments<br>4521 Trousdale Drive<br>Nashville TN 37204-4513 |
| Sunbelt Rentals, Inc.<br>PO Box 409211<br>Atlanta GA 30384-9211 | SWS Environmental<br>50 Visco<br>Nashville TN 37210-2148 | TEC Environmental Laboratories, Inc.<br>Darlina Olhausen<br>PO Box 2052<br>Jackson TN 38302-2052 |
| Tennessee / American Consortium<br>PO Box 377<br>Franklin TN 37065-0377 | Tennessee Dept. Env. & Conservation<br>WRS TN Tower, 10th Floor<br>312 Rosa L. Parks Ave<br>Nashville TN 37243-1102 | Terry Enterprises<br>2085 Hwy 70 W<br>Camden TN 38320-6597 |

| | | |
|---|---|---|
| Thompson Machinery Inc.<br>PO Box 535496<br>Atlanta GA 30353-6220 | Town of Bruceton<br>209 Cheatham Street<br>Bruceton TN 38317-1814 | TruckPro<br>29787 Network Place<br>Chicago IL 60673-1787 |
| Truxton Trust Company<br>4525 Harding Road, Suite 300<br>Nashville TN 37205-2190 | Truxton Trust Company<br>c/o Bone McAllester Norton PLLC<br>c/o David M. Anthony, Esq.<br>511 Union St., Suite 1600<br>Nashville, TN 37219-1780 | Tucker Herndon, Esq.<br>Burr & Forman<br>511 Union St., #2300<br>Nashville TN 37219-1756 |
| Waller Lansden Dortch & Davis, LLP<br>511 Union St., Ste. 2700<br>Nashville TN 37219-1791 | William B. Jakes, III<br>Howell & Fisher, PLLC<br>Court Square Bldg, 300 James Robertson P<br>Nashville TN 37201-1107 | |