| Case No.: | 17-02675 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | | Date Filed (f) or Converted (c): | 04/18/2017 (f) |
| For the Period Ending: | 09/30/2021 | | §341(a) Meeting Date: | 05/22/2017 |
| | | | Claims Bar Date: | 08/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $90.05 | $90.05 | | $0.00 | FA |
| Asset Notes: | At the 341 hearing, the Debtor gave me an enveloped with $97.05 in cash and a $54.00 check. I immediately gave it to David Anthony, attorney for Truxton, who has a lien. | | | | | |
| 2 | Truxton Trust Operating Account | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Truxton Trust Payroll Account | $250.00 | $250.00 | | $0.00 | FA |
| 4 | Truxton Trust Debit Account | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Benton County Electric (Utility Deposit) P.O. Box 429 Camden, TN 38320 | $3,400.00 | $3,400.00 | | $1,174.02 | FA |
| 6 | D&O and EPL Policy. Debtor is named insured. Policy paid in full to Debtor's broker Commercial Insurance Associates, LLC, 103 Powell Court, Suite 100, Brentwood, TN 37027. | $1,913.07 | $0.00 | | $0.00 | FA |
| 7 | Equipment, Auto and Property Insurance. Policy is financed through IPFS. | $9,147.06 | $0.00 | OA | $0.00 | FA |
| 8 | Accounts receivable 90 days old or less | $52,708.88 | $0.00 | OA | $0.00 | FA |
| 9 | Accounts receivable 90 days old or less | $35,403.95 | $0.00 | | $0.00 | FA |
| 10 | Accounts receivable 90 days old or less | $3,304.78 | $0.00 | OA | $0.00 | FA |
| 11 | Accounts receivable Over 90 days old | $0.00 | $0.00 | OA | $0.00 | FA |
| 12 | Accounts receivable Over 90 days old | $0.00 | $0.00 | OA | $0.00 | FA |
| 13 | Office furniture 2 desks, 4 plain office chairs, 2 rolling chairs, 1 big table, 1 folding table, 1 filing cabinet, 3 small tables that hold junk, 1 printer shelf one bookshelf | $500.00 | $0.00 | OA | $0.00 | FA |
| 14 | Office equipment, including all computer equipment and communication systems equipment and software Office Equipment (Trashflow Software, 2 Dell Desktop Computers, 1 Laptop, 1 Office Printer, 1 plain phone with a hand held) | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 15 | 1994 Chevrolet 1500 | $1,500.00 | $1,500.00 | | $330.00 | FA |
| 16 | 1984 Peterbilt 359 | $20,000.00 | $20,000.00 | | $12,265.00 | FA |
| 17 | 1994 Walker Tank | $15,000.00 | $15,000.00 | | $8,965.00 | FA |

| Case No.: | 17-02675 | | | Trustee Name: | John C. McLemore |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | | | Date Filed (f) or Converted (c): | 04/18/2017 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 05/22/2017 |
| | | | | Claims Bar Date: | 08/15/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | 1994 Peterbilt 379 | $20,000.00 | $20,000.00 | | $24,310.00 | FA |
| 19 | 1993 Alumatech Trailer | $24,000.00 | $24,000.00 | | $14,520.00 | FA |
| 20 | 1994 Peterbilt 379 (2) | $25,000.00 | $25,000.00 | | $22,055.00 | FA |
| 21 | 1995 Dump Truck & Diesel Tank | $10,000.00 | $10,000.00 | | $1,831.50 | FA |
| 22 | 2006 Ford Explorer | $5,000.00 | $5,000.00 | | $715.00 | FA |
| 23 | Cat Excavator | $5,000.00 | $5,000.00 | OA | $0.00 | FA |
| 24 | Cat Articulated Truck | $20,000.00 | $20,000.00 | OA | $0.00 | FA |
| 25 | Ford Water Truck | $15,000.00 | $15,000.00 | | $7,150.00 | FA |
| 26 | Frac Tank Blue 500 Bbl | $30,000.00 | $0.00 | OA | $0.00 | FA |
| 27 | Ricelake Truck Scale | $20,000.00 | $0.00 | OA | $0.00 | FA |
| 28 | CAT 323 Roller | $20,000.00 | $0.00 | OA | $0.00 | FA |
| 29 | FINN Hydro Seeder | $10,000.00 | $0.00 | OA | $0.00 | FA |
| 30 | Spectrometer | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 31 | Security System | $0.00 | $0.00 | OA | $0.00 | FA |
| 32 | Ammonia Detector | $5,000.00 | $0.00 | OA | $0.00 | FA |
| 33 | Leachate Pump | $5,000.00 | $0.00 | OA | $0.00 | FA |
| 34 | Sprayer & Trailer | $2,000.00 | $0.00 | OA | $0.00 | FA |
| 35 | Portable Ammonia Monitor | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 36 | Outside Camera | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 37 | Large Air Compressor | $400.00 | $0.00 | OA | $0.00 | FA |
| 38 | Arearae | $4,500.00 | $0.00 | OA | $0.00 | FA |
| 39 | Compressor | $500.00 | $0.00 | OA | $0.00 | FA |
| 40 | Welder | $500.00 | $0.00 | OA | $0.00 | FA |
| 41 | 11,500 Gallon Cone Bottom Tank | $15,000.00 | $0.00 | OA | $0.00 | FA |
| 42 | Mw-2A Well | $750.00 | $0.00 | OA | $0.00 | FA |
| 43 | Equipment from Milton Thompson | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 44 | Doserae 2 radiation detector | $400.00 | $0.00 | OA | $0.00 | FA |
| 45 | John Deere 755 B Crawler Loader | $25,000.00 | $0.00 | OA | $0.00 | FA |
| 46 | John Deere 644 BA Wheel Loader | $10,000.00 | $0.00 | OA | $0.00 | FA |
| 47 | Inside Camera | $500.00 | $0.00 | OA | $0.00 | FA |
| 48 | 2000 CAT D3C LGP III DOZER | $5,000.00 | $0.00 | OA | $0.00 | FA |
| 49 | Pressure Washer | $200.00 | $0.00 | OA | $0.00 | FA |

| Case No.: | 17-02675 | | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|---|
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | | | Date Filed (f) or Converted (c): | 04/18/2017 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 05/22/2017 |
| | | | | Claims Bar Date: | 08/15/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 50 | 5 Step Ladder | $200.00 | $0.00 | OA | $0.00 | FA |
| 51 | Trailer located at 200 Omar Circle, Camden, TN 38320 | $21,745.21 | $0.00 | | $0.00 | FA |
| Asset Notes: | Burdensome Asset. | | | | | |
| 52 | 200 Omar Circle, Nashville, TN 38320 (Land Tract 93.86 acres + 35.0 acres | $450,700.00 | $450,700.00 | | $0.00 | FA |
| Asset Notes: | This is actually in Camden, Benton County, TN. | | | | | |
| 53 | Internet domain names and websites www.ewssite.com | $0.00 | $0.00 | | $0.00 | FA |
| 54 | Customer lists, mailing lists, or other compilations Lists or records including customer personally identifiable information | $0.00 | $0.00 | | $0.00 | FA |
| 55 | Landfill Permit | Unknown | $0.00 | | $0.00 | FA |
| 56 | Recorded land lease whereby Debtor leases approximately 19 acres to Recycling Ventures, LLC. Recycling Ventures, LLC has ceased operations. | $0.00 | $0.00 | | $0.00 | FA |
| 57 | Potential Preference - Bridgefield Casualty Insurance Co. FL | $10,452.28 | $0.00 | | $0.00 | FA |
| Asset Notes: | After researching, Trustee determined this was not a preference. | | | | | |
| 58 | Potential Preference - Civil & Environmental Consultants | $21,358.44 | $0.00 | | $0.00 | FA |
| Asset Notes: | After researching, Trustee determined this was not a preference. | | | | | |
| 59 | Potential Preference - Hinkle Trucking Company, LLC | $8,234.78 | $0.00 | | $0.00 | FA |
| Asset Notes: | 4-4-18 Demand Letter. Counsel for Hinkle was able to prove this was not a preference. | | | | | |
| 60 | Potential Preference - Inman and Son Trucking | $71,071.21 | $24,327.77 | | $0.00 | FA |
| Asset Notes: | 6-25-18 Demand Letter. 2-8-19 Default Judgment entered for $24,327.77. Uncollectible. | | | | | |
| 61 | Potential Preference - IPFS | $28,815.39 | $0.00 | | $0.00 | FA |
| Asset Notes: | After researching, Trustee determined this was not a preference. | | | | | |
| 62 | Potential Preference - Jacobs Construction LLC | $19,893.02 | $10,000.00 | | $10,000.00 | FA |

| Case No.: | 17-02675 | | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|---|
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | | | Date Filed (f) or Converted (c): | 04/18/2017 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 05/22/2017 |
| | | | | Claims Bar Date: | 08/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** 6-25-18 Demand Letter. 9-4-18 C&S Filed. | | | | | |
| 63  Potential Preference - Jimmy L. Kelley, Inc. | $14,400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** After researching, Trustee determined this was not a preference. | | | | | |
| 64  Potential Preference - Mark Davis Trucking, Inc. | $7,500.00 | $7,500.00 | | $0.00 | FA |
| **Asset Notes:** 4-4-18 Demand Letter. 1-22-19 Default Judgment entered for $7,500 Uncollectible | | | | | |
| 65  Potential Preference - Parman Energy Corporation | $11,749.17 | $0.00 | | $0.00 | FA |
| **Asset Notes:** After researching, Trustee determined this was not a preference. | | | | | |
| 66  Potential Preference - Pilot Travel Centers LLC | $7,818.88 | $0.00 | | $0.00 | FA |
| **Asset Notes:** After researching, Trustee determined this was not a preference. | | | | | |
| 67  Potential Preference - Powers Transit, LLC | $10,391.30 | $7,500.00 | | $7,500.00 | FA |
| **Asset Notes:** 6-25-18 Demand Letter. 9-4-18 C&S Filed. | | | | | |
| 68  Potential Preference - Sims Funk, PLLC | $34,809.44 | $29,209.44 | | $5,000.00 | FA |
| **Asset Notes:** 4-4-18 Demand Letter | | | | | |
| 69  Potential Preference - Truxton Trust | $7,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** After researching, Trustee determined this was not a preference. | | | | | |
| 70  Potential Preference - Truxton Trust | $28,273.80 | $0.00 | | $0.00 | FA |
| **Asset Notes:** After researching, Trustee determined this was not a preference. | | | | | |
| 71  Potential Preference - Truxton Trust | $251,138.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** After researching, Trustee determined this was not a preference. | | | | | |
| 72  Potential Preference - Waypoint Law, PLLC | $19,491.65 | $14,156.65 | | $5,000.00 | FA |
| **Asset Notes:** 6-25-18 Demand Letter | | | | | |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Asset**

$1,453,510.36     $707,633.91     $120,815.52     $0.00

**Major Activities affecting case closing:**

10/25/2021   PROCEED WITH CASE CLOSING.

10/22/2021   The Trustee has attempted to work with Brett Lashlee the Benton County Mayor on the possibility of deeding a portion of the dump site to Benton County to be used as a greenway. It appears this will not be possible because a secured creditor wants to be paid. It appears we are at a standoff. The creditor will not foreclose because the land is a toxic waste site. This case is close to the end unless the creditor releases his lien.

08/17/2021   Although I don't have any authority from the client at this point, at your convenience, please send over the proposed order. Also, do you have a map or diagram of 52 acres?

| Case No.: | 17-02675 | Trustee Name: | John C. McLemore |
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | Date Filed (f) or Converted (c): | 04/18/2017 (f) |
| For the Period Ending: | 09/30/2021 | §341(a) Meeting Date: | 05/22/2017 |
| | | Claims Bar Date: | 08/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 08/16/2021 | Email to Patrick Warfield -- The folks in Benton County are getting very excited about the proposed gift of land for their Greenway. How does your client feel about that. Will you be objecting? Please give me a call. |
| 07/22/2021 | Email to Ken Kraft -- Attached please find a notice we received from the TDOR in today's mail. |
| 07/12/2021 | Phillip Young's evaluation of remaining assets |
| 07/01/2021 | Email to Benton County Mayor Brett Lashlee asking for title work ASAP |
| 07/01/2021 | Brett Lashlee gone on military duty to April 2022 see below |
| 05/20/2021 | Received 2020 Tax return from Ken Kraft. Mailed K1s. |
| 04/27/2021 | Information from Benton County Mayor Brett Lashlee regarding the Greenway plans |
| 03/02/2021 | Email to Brett Lashlee Benton County Mayor about possibility of gifting some of the dump to the County |
| 01/26/2021 | In the .pdf file there are two emails, one from Benton County Mayor Brett Lashlee about the greenway land and one to him offering to try to donate the land to Benton County if there is no expense to this estate. |
| 01/19/2021 | PC to Katherine Barnes at TN Dept of Environment & Conservation about possible sale of land. |
| 10/29/2020 | HOLD CASE OPEN UNTIL: WE HEAR FROM THE IRS RE: ABATEMENT; UNTIL WE PURSUE COLLECTION OF PREFERENCE ACTION DEFAULT JUDGMENTS; UNTIL BENTON COUNTY DECIDES WHETHER OR NOT TO MAKE AN OFFER ON SOME OF THE DEBTOR'S REAL ESTATE. |
| 10/23/2020 | Email to Byran Batte surveyor and Benton County Mayor Brett Lashlee about cutting off 40 acres from the EWS property<br>This email was sent to: Brett Lashlee <Brett.Lashlee@bentoncountytn.gov>; Ryan.Hall@cot.tn.gov; Shon Johnson <sjohnson@shonjohnsonlaw.com>; Katherine Barnes <Katherine.Barnes@tn.gov>; Pat Flood <Pat.Flood@tn.gov>; bbatte@survserv.com |
| 10/23/2020 | CAST OF CHARACTERS |
| 08/24/2020 | Email from Joy at Ken Kraft's Office re: abatement. |
| 08/08/2020 | Email to Joy at Ken Kraft's Office re: update on abatement. |
| 08/03/2020 | TRUSTEE'S NOTE ON THE ABANDONMENT OF ASSET #52, 93.86 ACRES AT 200 OMAR CIRCLE, CAMDEN, BENTON COUNTY, TN --With the closing of this bankruptcy the real estate at 200 Omar Circle will be abandoned as an unadministered and burdensome asset of this bankruptcy estate. See: 11 U.S.C. 554(c). This property is a toxic waste dump site which from the time of the Trustee's appointment until the conclusion of this case was under the supervision and control of the Tennessee Department of Environment & Conservation. This abandonment will be documented at numbered paragraph 3 of the Trustee's Final Report (TFR). |
| 06/24/2020 | Order entered re: Amended Claims recommendation re: Claims 3, 23, 25 and 29. |
| 05/13/2020 | Filed Amended Claims recommendation re: Claims 3, 23, 25 and 29. |
| 03/25/2020 | Email from Bob Mendes---In the Environmental Waste Solutions case, I see that you have some claims litigation coming up with TDEC. |
| 03/24/2020 | Email regarding revised claims # 23, 25 & 29 sent to Steve Butler atty for TN Dept. of Environment & Conservation |
| 03/23/2020 | Email to Grace & Kristy about claims objections. |
| 02/25/2020 | Filed Mt to Pay Kraft & Company. |
| 02/17/2020 | Filed Claim for Refund and Request for Abatement with IRS. |
| 02/17/2020 | Mailed 2019 K-1s. |
| 02/12/2020 | Filed Mt to Allow/Disallow Claims. |

SUBTOTALS  $0.00  $0.00

| Case No.: | 17-02675 | | | Trustee Name: | John C. McLemore |
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | | | Date Filed (f) or Converted (c): | 04/18/2017 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 05/22/2017 |
| | | | | Claims Bar Date: | 08/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 01/27/2020 | Received Waypoint $5,000 check. |
| 01/27/2020 | Second Fee App for Thompson Burton filed. |
| 01/21/2020 | Received Sims & Fund $5,000 check. |
| 12/11/2019 | Phillip Young field Mt to Compromise and Settle Waypoint and Funk for $10,000. |
| 10/31/2019 | CONTINUE TO HOLD CASE OPEN TO COLLECT PREFERENCES. |
| 09/23/2019 | Waypoint and Sims & Funk Trial Date continued to 1/23/20 at 9:00 am. |
| 09/12/2019 | Email to Aden Weaver about 2017 returns he has prepared. We are sending them to Ken Kraft for review first. |
| 08/29/2019 | Email to Ken Kraft re: appt. |
| 08/29/2019 | Aden Weaver, CPA's response to inquiry about Form 2 |
| 08/28/2019 | Email to Aden Weaver CPA for environmental about 2017 tax return |
| 02/08/2019 | Order Awarding Default Judgment Against Elanor M. Inman dba Inman & Sons Trucking for $24,327.77 |
| 01/22/2019 | Order Awarding Default Judgment against Mark Davis Trucking for $7,500. |
| 01/15/2019 | Waypoint and Sims & Funk PT continued to 2/6 at 1:15. |
| 12/04/2018 | Filed Mt to Pay John C. McLemore, PLLC. |
| 10/31/2018 | CONTINUE TO HOLD CASE OPEN PENDING OUTCOME OF 4 MORE PREFERENCES. |
| 09/24/2018 | Email from Phillip Young re: preference cases -- I anticipate filing complaints in the next two weeks against Inman Trucking, Mark Davis Construction, Sims Funk, and Waypoint Law. |
| 09/07/2018 | Mt to compromise and settlement preference with Powers Transport for $7,500 filed. |
| 09/04/2018 | Mt to compromise and settle preference with Jacobs Construction for $10,000 filed. |
| 08/23/2018 | Filed Mt to Appt Thompson Burton to pursue preferences. |
| 07/19/2018 | Email preference letters to Katherine Barnes at State. |
| 07/13/2018 | Preference Powers Trucking |
| 06/26/2018 | Email to Katherine Barnes at the State regarding revocation of LLC charter |
| 06/25/2018 | Mailed 4 preference letters for $71,218.74. |
| 04/05/2018 | Mailed 3 preference letters for $46,634.29 |
| 03/09/2018 | Mike Curry to pick up boxes of invoices and records requested. |
| 02/09/2018 | Email to Robin White requesting documents for preference and fraudulent conveyance audit |
| 02/05/2018 | Trustee Analysis of Asset #51 |
| 02/05/2018 | Trustee Analysis of Asset #52, real estate in Camden, TN |
| 01/15/2018 | Email from Mike Curry with preference analysis. |
| 12/20/2017 | PC from Chris Brooks the attorney who is defending the workman's copy suit |
| 12/14/2017 | Truxton Trust release its liens. Guarantor paid the underlying debt. Sent email to Katherine Barnes and Laura McCloud. |
| 12/08/2017 | EMail from Michael Stagg regarding: Appeal of TDEC Orders, State APD Docket Number 04.27-143899J |
| 10/20/2017 | WORKING ON PREFERENCE AUDIT. ALSO TIME TO REVIEW CLAIMS . |
| 10/17/2017 | PC with David Anthony counsel for Truxton Trust |

| Case No.: | 17-02675 | Trustee Name: | John C. McLemore |
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | Date Filed (f) or Converted (c): | 04/18/2017 (f) |
| For the Period Ending: | 09/30/2021 | §341(a) Meeting Date: | 05/22/2017 |
| | | Claims Bar Date: | 08/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Entry |
|---|---|
| 09/21/2017 | Phone call with Pam McKinney at Water Specialist Technology re: 8/24/17 $2,214.80 bill for chemistry waster water. Called second time to report that Civil & Environmental in Franklin, TN placed the order and will pay the bill. |
| 09/13/2017 | Email to Bob Mendes re: H&H Oil 6/23/17 Invoice. |
| 09/13/2017 | Email to David Anthony re: payroll account. |
| 09/08/2017 | Phone call with Truck Pro. Sent email with 341 notice. |
| 08/22/2017 | EMail to Scott Sims about his dismissal of suit |
| 08/10/2017 | PC with Jason Holleman |
| 07/26/2017 | Filed Mt to Reimburse Extraordinary Expense to Alexander Auctions & Real Estate Sales. |
| 07/26/2017 | Email to Jason Holleman. Scott Sims told me to talk with Jason. |
| 07/26/2017 | Email to Jason Holleman about outstanding litigation |
| 07/12/2017 | Filed Statement of Sale. |
| 06/22/2017 | Email to Bob Mendes re: Ford Water Truck. |
| 06/07/2017 | PC with Katherine Barnes at State DEC |
| 06/02/2017 | PC with Marvin Alexander re: vehicle sale |
| 05/19/2017 | Filed Mt to Sell Misc. Unencumbered Vehicles on line. Auction starts 6/14 and closes at 10:00 am 6/27. |
| 05/17/2017 | Claims bar date is 8/15/17. |
| 05/10/2017 | EMail to Katherine, Laura & Marvin regarding revocation of landfill permits |
| 05/10/2017 | 341 won't happen until 4:30 p.m. Sent to Debtor's counsel, State of Tennessee, David Anthony, Beth Derrick |
| 05/04/2017 | Filed Mt to Appt. Alexander Auctions & Real Estate Sales. |
| 05/03/2017 | Email to Marvin Alexander re: appt. |
| 05/02/2017 | Email to Bob Mendes requesting info and documents |
| 05/01/2017 | Email to Katherine Barnes, Laura McCloud and Marvin Clements regarding insurance. |
| 04/27/2017 | Email to Bob Mendes regarding title vehicles at Camden site |
| 04/27/2017 | Email to David Anthony, Counsel for Truxton about rolling stock |
| 04/27/2017 | Email to Marvin Clements at State asking that vehicles be parked and asking for permission to sell on site. |
| 04/20/2017 | State's plan It is saved as .pdf |
| 04/20/2017 | Meeting at Camden facility set for 4/26 @ 10:00 a.m. |
| 04/19/2017 | Bob Mendes' analysis of case |
| 04/19/2017 | Contact people at TN Dept. of Environment & Conservation |

| Initial Projected Date Of Final Report (TFR): | 09/20/2018 | Current Projected Date Of Final Report (TFR): | 05/31/2022 | /s/ JOHN C. MCLEMORE JOHN C. MCLEMORE |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 17-02675 | | **Trustee Name:** | John C. McLemore |
| **Case Name:** | ENVIRONMENTAL WASTE SOLUTIONS, LLC | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***0041 | | **Checking Acct #:** | ******0141 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2020 | | **Blanket bond (per case limit):** | $720,000.00 |
| **For Period Ending:** | 09/30/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2017 | (5) | Benton County Electric System | Utility Refund Captured in Mail | | 1129-000 | $1,174.02 | | $1,174.02 |
| 05/22/2017 | 3001 | U.S. Bankruptcy Court Clerk | Filing Fee - Motion to Sell | | 2700-000 | | $181.00 | $993.02 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $1.63 | $991.39 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $1.55 | $989.84 |
| 07/10/2017 | | Alexander Auctions & Real Estate Sales | Auction Proceeds per NOS 5/19/17 | | * | $92,141.50 | | $93,131.34 |
| | {18} | | 1994 Peterbilt 379 | $24,310.00 | 1129-000 | | | $93,131.34 |
| | {19} | | 1993 Alumatech Trailer | $14,520.00 | 1129-000 | | | $93,131.34 |
| | {20} | | 1994 Peterbilt 379 (2) | $22,055.00 | 1129-000 | | | $93,131.34 |
| | {17} | | 1994 Walker Tank | $8,965.00 | 1129-000 | | | $93,131.34 |
| | {16} | | 1984 Peterbilt 359 | $12,265.00 | 1129-000 | | | $93,131.34 |
| | {21} | | 1995 Dump Truck | $1,760.00 | 1129-000 | | | $93,131.34 |
| | {22} | | 2006 Ford Explorer | $715.00 | 1129-000 | | | $93,131.34 |
| | {15} | | 1994 Chevrolet 1500 | $330.00 | 1129-000 | | | $93,131.34 |
| | {21} | | 1995 Dump Truck | $71.50 | 1129-000 | | | $93,131.34 |
| | {25} | | Ford Water Truck | $7,150.00 | 1129-000 | | | $93,131.34 |
| 07/12/2017 | 3002 | Alexander Auctions & Real Estate Sales | Auctioneer Commission per Order of Empl. 5/31/17 | | 3610-000 | | $9,214.15 | $83,917.19 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $102.34 | $83,814.85 |
| 08/23/2017 | 3002 | VOID: Alexander Auctions & Real Estate Sales | CHECK LOST IN MAIL - REISSUED AS #3004 | | 3610-003 | | ($9,214.15) | $93,029.00 |
| 08/23/2017 | 3003 | Alexander Auctions & Real Estate Sales | Extraordinary Expense per Order 8/22/17 | | 3620-000 | | $801.94 | $92,227.06 |
| 08/23/2017 | 3004 | Alexander Auctions & Real Estate Sales | Auctioneer Commission per Order of Empl. 5/31/17 | | 3610-000 | | $9,214.15 | $83,012.91 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $299.26 | $82,713.65 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $129.26 | $82,584.39 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | | 2600-000 | | ($149.63) | $82,734.02 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $133.52 | $82,600.50 |
| | | | | | SUBTOTALS | $93,315.52 | $10,715.02 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 17-02675 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0041 | | Checking Acct #: | ******0141 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2020 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $129.03 | $82,471.47 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $133.13 | $82,338.34 |
| 02/05/2018 | 3005 | International Sureties, Ltd | Bond Payment | 2300-000 | | $116.46 | $82,221.88 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $132.94 | $82,088.94 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $119.76 | $81,969.18 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $132.30 | $81,836.88 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $127.80 | $81,709.08 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $131.85 | $81,577.23 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $127.39 | $81,449.84 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $131.44 | $81,318.40 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $131.22 | $81,187.18 |
| 10/24/2018 | (62) | Thompson Burton PLLC | Per 9-27-18 Order C&S Jacobs Construction | 1141-000 | $10,000.00 | | $91,187.18 |
| 10/24/2018 | (67) | Powers Transit LLC | Per 10-5-18 Order Approving C&S | 1141-000 | $7,500.00 | | $98,687.18 |
| 12/26/2018 | 3006 | Thompson Burton PLLC | Attorney Fees and Expenses per Order | * | | $6,780.50 | $91,906.68 |
| | | | Thompson Burton PLLC - fees ($6,650.50) | 3210-000 | | | $91,906.68 |
| | | | Thompson Burton PLLC - expenses ($130.00) | 3220-000 | | | $91,906.68 |
| 12/28/2018 | 3006 | VOID: Thompson Burton PLLC | Check locked in safe which couldn't be opened | * | | ($6,780.50) | $98,687.18 |
| | | | Thompson Burton PLLC - fees $6,650.50 | 3210-003 | | | $98,687.18 |
| | | | Thompson Burton PLLC - expenses $130.00 | 3220-003 | | | $98,687.18 |
| 12/28/2018 | 3007 | Thompson Burton PLLC | Attorney Fees and Expenses per Order 12/27/18 | * | | $6,780.50 | $91,906.68 |
| | | | Thompson Burton PLLC - fees ($6,650.50) | 3210-000 | | | $91,906.68 |
| | | | Thompson Burton PLLC - expenses ($130.00) | 3220-000 | | | $91,906.68 |

SUBTOTALS $17,500.00 $8,193.82

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 17-02675 | | **Trustee Name:** | John C. McLemore |
| **Case Name:** | ENVIRONMENTAL WASTE SOLUTIONS, LLC | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***0041 | | **Checking Acct #:** | ******0141 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2020 | | **Blanket bond (per case limit):** | $720,000.00 |
| **For Period Ending:** | 09/30/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/07/2019 | 3008 | Law Office of John C. McLemore, PLLC | Attorney Fees and Expenses per 1-3-19 Order | * | | $12,729.82 | $79,176.86 |
| | | | Law Office of John C. McLemore, PLLC - Fee ($12,547.50) | 3110-000 | | | $79,176.86 |
| | | | Law Office of John C. McLemore, PLLC - Expenses ($182.32) | 3120-000 | | | $79,176.86 |
| 02/18/2019 | 3009 | International Sureties, Ltd | Bond #016026373 | 2300-000 | | $42.85 | $79,134.01 |
| 11/13/2019 | | Tennessee Department of Revenue | 2018 Franchise Excise Tax | 2820-000 | | $593.00 | $78,541.01 |
| 11/13/2019 | | Tennessee Department of Revenue | 2017 Franchise Excise Tax | 2820-000 | | $4,332.00 | $74,209.01 |
| 01/21/2020 | (68) | Sims Funk, PLC | Settlement Proceeds per 1-7-2020 Order Approving C&S | 1141-000 | $5,000.00 | | $79,209.01 |
| 01/27/2020 | (72) | Waypoint Law PLLC | Settlement Proceeds per 1-7-2020 Order Approving C&S | 1141-000 | $5,000.00 | | $84,209.01 |
| 02/10/2020 | 3010 | International Sureties, Ltd | Blanket Bond #016026373 | 2300-000 | | $51.34 | $84,157.67 |
| 02/24/2020 | 3011 | Thompson Burton PLLC | Attorney Fee & Exp per 2-21-2020 Order | * | | $6,608.50 | $77,549.17 |
| | | | Thompson Burton PLLC - Fee ($6,413.50) | 3210-000 | | | $77,549.17 |
| | | | Thompson Burton - Expense ($195.00) | 3220-000 | | | $77,549.17 |
| 03/04/2020 | | Tennessee Department of Revenue | 2019 Franchise/Excise Return   This debit occurred on 2/19/20. | 2820-000 | | $100.00 | $77,449.17 |
| 03/19/2020 | 3012 | Kraft & Company, PLLC | Accountant Fees & Exp. per 3-19-2020 Order | * | | $6,697.70 | $70,751.47 |
| | | | Kraft & Company, PLLC - Fees ($4,177.70) | 3410-000 | | | $70,751.47 |
| | | | Kraft & Company, PLLC - Expenses ($2,520.00) | 3420-000 | | | $70,751.47 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,238.15 | $69,513.32 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($1,238.15) | $70,751.47 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $101.77 | $70,649.70 |
| 08/15/2020 | 3013 | Tennessee Department of Revenue | Franchise/Excise 2018  Acct. 0320758909 | 6820-000 | | $179.87 | $70,469.83 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $104.90 | $70,364.93 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $101.21 | $70,263.72 |
| | | | | **SUBTOTALS** | $10,000.00 | $31,642.96 | |

Case 3:17-bk-02675    Doc 135    Filed 10/28/21    Entered 10/28/21 09:07:45    Desc Main
Document    Page 10 of 13

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 17-02675 | Trustee Name: | John C. McLemore |
|---|---|---|---|
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0041 | Checking Acct #: | ******0141 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2020 | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $104.43 | $70,159.29 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $100.91 | $70,058.38 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $104.13 | $69,954.25 |
| 01/27/2021 | 3014 | International Sureties, Ltd | Bond Payment | 2300-000 | | $51.87 | $69,902.38 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $103.97 | $69,798.41 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $93.70 | $69,704.71 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $103.60 | $69,601.11 |
| 04/12/2021 | | TN Department of Revenue | 2020 F&E Filing Fee | 2820-000 | | $100.00 | $69,501.11 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $100.00 | $69,401.11 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $103.15 | $69,297.96 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $99.67 | $69,198.29 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $102.85 | $69,095.44 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $102.70 | $68,992.74 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $99.23 | $68,893.51 |
| | | | | SUBTOTALS | $0.00 | $1,370.21 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 17-02675 |
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC |
| Primary Taxpayer ID #: | **-***0041 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2020 |
| For Period Ending: | 09/30/2021 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0141 |
| Account Title: | |
| Blanket bond (per case limit): | $720,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $120,815.52 | $51,922.01 | $68,893.51 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $120,815.52 | $51,922.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $120,815.52 | $51,922.01 | |

**For the period of 10/01/2020 to 09/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,370.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,370.21 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/28/2017 to 9/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $120,815.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $120,815.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51,922.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,922.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 17-02675 | Trustee Name: | John C. McLemore |
|---|---|---|---|
| Case Name: | ENVIRONMENTAL WASTE SOLUTIONS, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0041 | Checking Acct #: | ******0141 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2020 | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $120,815.52 | $51,922.01 | $68,893.51 |

| For the period of 10/01/2020 to 09/30/2021 | | For the entire history of the account between 04/28/2017 to 9/30/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $120,815.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $120,815.52 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,370.21 | Total Compensable Disbursements: | $51,922.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,370.21 | Total Comp/Non Comp Disbursements: | $51,922.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE